## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **ORANGE BEACON MARKETING, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | Case No.: 5:22-cv-00570-FB |
| V. § | |
| § | |
| **OUTSTANDING REAL ESTATE** § | |
| **SOLUTIONS, INC.; FWE, LLC,** § | |
| § | |
| Defendants. § | |

### PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AS TO DAMAGES

Pursuant to Federal Rule of Civil Procedure 55, and in response to the Court's Report and Recommendation dated May 5, 2023 [Doc. 18], Plaintiff, ORANGE BEACON MARKETING, LLC, hereby moves for default judgment on damages. The grounds for this motion are set forth more fully in the accompanying memorandum in support, amended affidavit on damages, and exhibits.

Respectfully submitted this 24th day of May, 2023.

/S/ Damian Waldman
Damian Waldman, Esq.
Southern District of TX No.: 2523745
Florida Bar No. 0090502
Law Offices of Damian G. Waldman, P.A.
P.O. Box 5162
Largo, FL 33779
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email: damian@dwaldmanlaw.com
E-Service: service@dwaldmanlaw.com
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 24, 2023, I served a copy of the forgoing by regular mail or the Court's CM/ECF system to the following parties listed on the below service list.

*S/ Damian Waldman*
Damian Waldman, Esq.
Southern District of TX No.: 2523745
*Attorneys for Plaintiff*

**SERVICE LIST**

Orange Beacon Marketing, LLC
c/o Damian Waldman, Esq.
P.O. Box 5162
Largo, FL 33778

Outstanding Real Estate Solutions Inc,
c/o Anderson Registered Agents
440 Louisiana, Suite 952
Houston, TX 77002

FWE, LLC
c/o William Nakulski
1354 Harding Ave
Des Plaines, IL 60016

FWE, LLC
c/o M. Edward Krause III, Esq.
Cohen, Garelick & Glazier
8888 Keystone Crossing Blvd., Suite 800
Indianapolis, IN 46240
ekrause@cgglawfirm.com