IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ORANGE BEACON MARKETING, LLC, | § | |
| *Plaintiff,* | § § § | SA-22-CV-00570-FB |
| vs. | § § | |
| OUTSTANDING REAL ESTATE SOLUTIONS, INC., FWE, LLC, | § § § | |
| *Defendants.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation, recommending Plaintiff's motion for default judgment be granted. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 2nd day of October, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE