### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| ORANGE BEACON MARKETING, LLC, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO. SA-22-CA-570-FB |
| OUTSTANDING REAL ESTATE SOLUTIONS, INC.; and FWE, LLC, | ) |
| Defendants. | ) |

### FINAL DEFAULT JUDGMENT

The Court considered the Final Default Judgment to be entered in this case. Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket no. 21) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's Motion for Default Judgment as to Damages (docket no. 20) is GRANTED in PART and Plaintiff is AWARDED a Final Default Judgment comprised of $300,000 in principal, $200,000 in flat interest, and $349,000 in default interest through May 31, 2023, for a total judgment of $849,000. In all other respects, the motion is DENIED without prejudice to Plaintiff filing a Bill of Costs and Motion for Attorneys' Fees in accordance with Local Rule 54.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 23rd day of October, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE